IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICK MYERS,

    Petitioner,

v.                                                              CASE NO. 1:10-cv-00129-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently incarcerated in Sumter Correctional Institution, Bushnell, Florida, and challenges his conviction in Pasco County, Florida. Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction. 28 U.S.C. § 2241(d). Under no circumstances is this case properly pending in this district. Accordingly, it is

**ORDERED AND ADJUDGED:**

That this case is **TRANSFERRED** to the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** this *8th* day of July, 2010

                                         *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge